AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

DERRICK L. NICHOLSON,

Petitioner,

V.

CHAIRPERSON,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:26-cv-186

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that pursuant to the Order of this Court dated August 21, 2026, adopting the Report and Recommendation of the Magistrate Judge as the opinion of the Court. Nicholson's 28 U.S.C. § 2254 Peitition is dismissed. Nicholson is also denied in forma pauperis status on appeal and a Certificate of Appealability. This case stands closed.

8/21/2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*